412 A.2d 1375

**COMMONWEALTH of Pennsylvania,**

v.

**Curtis BRANDON, Appellant.**

Supreme Court of Pennsylvania.

April 10, 1980.

Argued March 3, 1980.

Decided April 10, 1980.

Ivan Abrams, Pittsburgh, (Court-appointed), David Max Baer, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Charles W. Johns, Kemal Alexander Mericli, Asst. Dist. Attys., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.

Prior appeal, 485 Pa. 215, 401 A.2d 735.